# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:                                    Chapter: 13
                                          Case No. 6:16-bk-02658-ABB
Hamid Amirshahi

    Debtor (s).

_____/

## MOTION TO MODIFY CONFIRMED PLAN

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Wayne B. Spivak, Esq., Attorneys Justin Clark & Associates, PLLC, 500 Winderley Place, Unit 100, Maitland, FL 32751, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

    COMES NOW, Debtor, HAMID AMIRSHAHI, by and through the undersigned counsel,

hereby moves to modify their Chapter 13 Plan on the following grounds:

1. The Debtor's Chapter 13 Plan was filed on April 22, 2016 (DE# 4).

2. The Debtor's Chapter 13 Plan was confirmed on December 5, 2016 (DE# 34).

3. A Motion to Dismiss Case for failure to turn over 2017 tax refund was entered on

    July 30, 2018 (DE# 48).

4. Debtor wishes to increase plan payments for the remainder of the Chapter 13 plan to $1541 a month to account for the two tax refunds he had not turned over to the Trustee's office to date.

5. The Debtor has filed with this Motion a Spreadsheet reflecting the above.

WHEREFORE, the Debtors respectfully requests this Court to enter an order modifying the Confirmed Plan as set forth in the attached spreadsheet.

By: /s/ Brandon J. Stewart
Brandon J. Stewart, Esq.
Florida Bar No. 121114
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: bstewart@youhavepower.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion to Modify Confirmed Plan has been served by regular U.S. Mail or electronically via ECF to Trustee Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; Debtor Hamid Amirshahi, PO Box 22308, Orlando, FL 32830; and to all creditors on the attached mailing matrix, this 31st day of July, 2018.

By: /s/ Brandon J. Stewart
Brandon J. Stewart, Esq.
Florida Bar No. 121114
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: bstewart@youhavepower.com

| DUE DATE 22ND | 16-2658 B AMIRSHAHI 5/22/2016 Unsecured | | Debtor Pmt | 10.0% Tee Fee | ATTY | MONITORING FEES | CHASE YACHT BASIN AVE | CARMAX TOYOTA YARIS |
|---|---|---|---|---|---|---|---|---|
| | 36 | | 36 | | | | | |
| 5/22/2016 | 1 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 6/22/2016 | 2 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 7/22/2016 | 3 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 8/22/2016 | 4 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 9/22/2016 | 5 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 10/22/2016 | 6 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 11/22/2016 | 7 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 12/22/2016 | 8 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 1/22/2017 | 9 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 2/22/2017 | 10 | $0.00 | $998.00 | $99.80 | $82.34 | | $677.86 | $138.00 |
| 3/22/2017 | 11 | $0.00  11 at | $998.00 | $99.80 | $82.34  11 at | | $677.86 | $138.00 |
| 4/22/2017 | 12 | $0.00 | $1,058.00 | $105.80 | $86.34 | $50.00 | $677.86 | $138.00 |
| 5/22/2017 | 13 | $0.00 | $1,058.00 | $105.80 | $86.34 | $50.00  13 at | $677.86  13 at | $138.00 |
| 6/22/2017 | 14 | $4.40 | $1,058.00 | $105.80 | $86.34 | $50.00 | $673.46 | $138.00 |
| 7/22/2017 | 15 | $4.40 | $1,058.00 | $105.80 | $86.34 | $50.00 | $673.46 | $138.00 |
| 8/22/2017 | 16 | $4.40 | $1,058.00 | $105.80 | $86.34 | $50.00 | $673.46 | $138.00 |
| 9/22/2017 | 17 | $4.40 | $1,058.00 | $105.80 | $86.34 | $50.00  4 at | $673.46  4 at | $138.00 |
| 10/22/2017 | 18 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00 | $676.90 | $138.00 |
| 11/22/2017 | 19 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00 | $676.90 | $138.00 |
| 12/22/2017 | 20 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00 | $676.90 | $138.00 |
| 1/22/2018 | 21 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00 | $676.90 | $138.00 |
| 2/22/2018 | 22 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00 | $676.90 | $138.00 |
| 3/22/2018 | 23 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00 | $676.90 | $138.00 |
| 4/22/2018 | 24 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00  8 at | $676.90 | $138.00 |
| 5/22/2018 | 25 | $0.96 | $1,058.00 | $105.80 | $86.34 | $50.00 | $676.90  8 at | $138.00 |
| 6/22/2018 | 26 | $2.18 | $1,058.00 | $105.80 | $86.34 | $50.00 | $675.68 | $138.00 |
| 7/22/2018 | 27 | $2.18  16 at | $1,058.00  16 at | $105.80 | $86.34 | $50.00 | $675.68 | $138.00 |
| 8/22/2018 | 28 | $436.88 | $1,541.00 | $154.10 | $86.34 | $50.00 | $675.68 | $138.00 |
| 9/22/2018 | 29 | $436.88 | $1,541.00 | $154.10 | $86.34 | $50.00 | $675.68 | $138.00 |
| 10/22/2018 | 30 | $436.88 | $1,541.00 | $154.10 | $86.34 | $50.00 | $675.68 | $138.00 |
| 11/22/2018 | 31 | $436.88 | $1,541.00 | $154.10 | $86.34 | $50.00 | $675.68 | $138.00 |
| 12/22/2018 | 32 | $436.88 | $1,541.00 | $154.10 | $86.34 | $50.00 | $675.68 | $138.00 |
| 1/22/2019 | 33 | $436.88 | $1,541.00 | $154.10 | $86.34 | $50.00 | $675.68 | $138.00 |
| 2/22/2019 | 34 | $436.88 | $1,541.00 | $154.10 | $86.34 | $50.00 | $675.68 | $138.00 |
| 3/22/2019 | 35 | $436.88  8 at | $1,541.00 | $154.10 | $86.34  24 at | $50.00 | $675.68  35 at | $138.00 |
| 4/22/2019 | 36 | $484.32  1 at | $1,537.31  1 at | $153.73  1 at | $82.10  25 at | $50.00  11 at | $675.68  11 at | $91.48  1 at |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | |
| | | | | | ATTY | CLAIM 350 | CLAIM 4 | CLAIM 2 |
| | | $4,009.00 | $41,771.31 | $4,177.13 | $3,060.00 | $1,250.00 | $24,353.70 | $4,921.48 |
| | $54,819.78 | | | | 3,060.00 | 1,250.00 | 24,402.96 | 4,921.48 |
| | 7% | | | | | | | ORD.6-24-16 |
| | 2016 and 2017 | | | | | | | PD.W/5.25% |
| | refunds = $4009 | | | | | | | INTEREST |

| DUE DATE 22ND | | CRESTVIEW CONDO ASSOC. | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 36 | | | | | | | | | | | | | | | | | | | |
| 5/22/2016 | 1 | LIEN STRIP | | | | | | | | | | | | | | | | | | |
| 6/22/2016 | 2 | ORDER | | | | | | | | | | | | | | | | | | |
| 7/22/2016 | 3 | 12-5-2016 | | | | | | | | | | | | | | | | | | |
| 8/22/2016 | 4 | | | | | | | | | | | | | | | | | | | |
| 9/22/2016 | 5 | CLAIM 1 | | | | | | | | | | | | | | | | | | |
| 10/22/2016 | 6 | | | | | | | | | | | | | | | | | | | |
| 11/22/2016 | 7 | | | | | | | | | | | | | | | | | | | |
| 12/22/2016 | 8 | | | | | | | | | | | | | | | | | | | |
| 1/22/2017 | 9 | | | | | | | | | | | | | | | | | | | |
| 2/22/2017 | 10 | | | | | | | | | | | | | | | | | | | |
| 3/22/2017 | 11 | | | | | | | | | | | | | | | | | | | |
| 4/22/2017 | 12 | | | | | | | | | | | | | | | | | | | |
| 5/22/2017 | 13 | | | | | | | | | | | | | | | | | | | |
| 6/22/2017 | 14 | | | | | | | | | | | | | | | | | | | |
| 7/22/2017 | 15 | | | | | | | | | | | | | | | | | | | |
| 8/22/2017 | 16 | | | | | | | | | | | | | | | | | | | |
| 9/22/2017 | 17 | | | | | | | | | | | | | | | | | | | |
| 10/22/2017 | 18 | | | | | | | | | | | | | | | | | | | |
| 11/22/2017 | 19 | | | | | | | | | | | | | | | | | | | |
| 12/22/2017 | 20 | | | | | | | | | | | | | | | | | | | |
| 1/22/2018 | 21 | | | | | | | | | | | | | | | | | | | |
| 2/22/2018 | 22 | | | | | | | | | | | | | | | | | | | |
| 3/22/2018 | 23 | | | | | | | | | | | | | | | | | | | |
| 4/22/2018 | 24 | | | | | | | | | | | | | | | | | | | |
| 5/22/2018 | 25 | | | | | | | | | | | | | | | | | | | |
| 6/22/2018 | 26 | | | | | | | | | | | | | | | | | | | |
| 7/22/2018 | 27 | | | | | | | | | | | | | | | | | | | |
| 8/22/2018 | 28 | | | | | | | | | | | | | | | | | | | |
| 9/22/2018 | 29 | | | | | | | | | | | | | | | | | | | |
| 10/22/2018 | 30 | | | | | | | | | | | | | | | | | | | |
| 11/22/2018 | 31 | | | | | | | | | | | | | | | | | | | |
| 12/22/2018 | 32 | | | | | | | | | | | | | | | | | | | |
| 1/22/2019 | 33 | | | | | | | | | | | | | | | | | | | |
| 2/22/2019 | 34 | | | | | | | | | | | | | | | | | | | |
| 3/22/2019 | 35 | | | | | | | | | | | | | | | | | | | |
| 4/22/2019 | 36 | | | | | | | | | | | | | | | | | | | |

## at

Label Matrix for local noticing
113A-6
Case 6:16-bk-02658-ABB
Middle District of Florida
Orlando
Tue Jul 31 13:54:28 EDT 2018

Hamid Amirshahi
PO Box 22308
Orlando, FL 32830-2308

Crestview Condo Association Inc.
Business Law Group, P.A.
301 W Platt St. #375
Tampa, FL 33606-2292

AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

CarMax Business Services LLC
225 Chastain Meadows Court
Kennesaw, GA 30144-5897

Carmax Auto Finance
Po Box 440609
Kennesaw, GA 30160-9511

Chase Mtg
Po Box 24696
Columbus, OH 43224-0696

Crestview Condo Assoc, Inc.
c/o Sarah Foster Albani, Esq
Business Law Group PA
301 W Platt St, #375
Tampa, FL 33606-2292

Crestview Condo Association Inc.
c/o Business Law Group, P.A.
301 W Platt St., #375
Tampa, FL 33606-2292

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, National Association
c/o Lindsey Savastano
Shapiro, Fishman & Gache LLP
2424 N. Federal Highway
Suite 360
Boca Raton, FL 33431-7701

Jpm Chase
Po Box 24696
Columbus, OH 43224-0696

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Partners Fed Cr Un
13705 International Dr S
Orlando, FL 32821-5411

Partners Fed Cr Un
500 S Buena Vista
Burbank, CA 91521-0001

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Sarah E Foster +
Business Law Group, P.A.
301 West Platt Street, #375
Tampa, FL 33606-2292

Elizabeth Eckhart +
Shapiro, Fishman & Gache
4630 Woodland Corporate Blvd
Suite 100
Tampa, FL 33614-2429

Jacob L Bair +
Business Law Group, P.A.
301 W. Platt Street, #375
Tampa, FL 33606-2292

Brandon J Stewart +
Justin Clark & Associates, PLLC
500 Winderley Place
Maitland, FL 32751-7247

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

(u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25